# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| THOMAS ZULKOSKY, | Civil No. 09-3176 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER CONFIRMING ARBITRATION AWARD AND ISSUING MANDATORY INJUNCTION** |
| RONALD EDWARD HARDY, JR. AND AURA FINANCIAL SERVICES, INC., | |
| Defendants. | |

Glenn Salvo, J. David Jackson and Leanne Holcomb, **DORSEY & WHITNEY LLP**, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for plaintiff.

This matter is before the Court upon the Petition of the Plaintiff Thomas Zulkosky to confirm an arbitration award [Docket No. 1].

**IT HEREBY ORDERED THAT** the arbitration award issued in this matter (FINRA Dispute Resolution Case Nos. 08-3921 and 09-947) directing Defendant Aura Financial Services, Inc. to produce any and all insurance policies and any information related to the policies to the Plaintiff Thomas Zulkosky, be confirmed and that Aura Financial Services, Inc. is ordered to produce for inspection and copying pursuant to Rule 34, any and all insurance policies and any information related to the policies to the Plaintiff Thomas Zulkosky within 30 days of this order. The Court will maintain jurisdiction as necessary to ensure compliance with this order.

| | |
|---|---|
| DATED: February 16, 2010<br>at Minneapolis, Minnesota. |    s/ John R. Tunheim   <br>JOHN R. TUNHEIM<br>United States District Judge |