# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

THOMAS ZULKOSKY,                                   Civil No. 09-3176 (JRT/SRN)

Plaintiff,

v.                                                              **ORDER CONFIRMING
                                                      ARBITRATION AWARD AND
RONALD EDWARD HARDY, JR. AND          DIRECTING ENTRY OF JUDGMENT**
AURA FINANCIAL SERVICES, INC.,

Defendants.

Glenn Salvo, J. David Jackson and Leanne Holcomb, **DORSEY & WHITNEY LLP**, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for plaintiff.

This matter is before the Court upon the Petition of the Plaintiff Thomas Zulkosky to confirm an arbitration award [Docket No. 1].

**IT HEREBY ORDERED THAT** the arbitration award issued in this matter (FINRA Dispute Resolution Case Nos. 08-3921 and 09-947) in the amount of $75,000 in compensatory damages, $5,630 in interest, as well as $3,923 in costs and $37,000 in attorneys fees, be confirmed and that a judgment be entered immediately in the amount of $121,553 in favor of Plaintiff and jointly and severally against Defendants Ronald Edward Hardy Jr. and Aura Financial Services, Inc.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 16, 2010        ____s/ John R. Tunheim____
at Minneapolis, Minnesota.         JOHN R. TUNHEIM
                                United States District Judge